**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 28 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 12 CR 400 |
| | ) | |
| v. | ) | Violation: Title 21, United States |
| | ) | Code, Section 841(a)(1) |
| PATRICK ARMAND | ) | |

**JUDGE ZAGEL**
**MAGISTRATE JUDGE FINNEGAN**

**COUNT ONE**

The SPECIAL FEBRUARY 2011-2 GRAND JURY charges:

On or about May 20, 2011, at Calumet Park, in the Northern District of Illinois, Eastern Division,

PATRICK ARMAND,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

1

## COUNT TWO

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about February 2, 2012, at Calumet City, in the Northern District of Illinois, Eastern Division,

PATRICK ARMAND,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2