# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 18, 2017

Before:
WILLIAM J. BAUER, Circuit Judge
RICHARD A. POSNER, Circuit Judge
DAVID F. HAMILTON, Circuit Judge

| No. 16-2991 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>PATRICK ARMAND,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:12-cr-00400-1<br>Northern District of Illinois, Eastern Division<br>District Judge James B. Zagel | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit