# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:12–cr–00400
Honorable Edmond E. Chang

Patrick Armand

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2020:

    MINUTE entry before the Honorable Edmond E. Chang: Defendant's motion for release [155] is denied without prejudice. The Court does not have authority to implement the home−confinement expansion cited by Defendant. That expansion is implemented by the Executive Branch. The only judicial authority that might apply to Defendant's request is 18 U.S.C. 3582(c)(1)(A) (compassionate release), but the motion does not suggest that Defendant has exhausted administrative appeals, has waited 30 days after making a request to the prison's warden, or even that Defendant made the required request for compassionate release to the warden. The denial is without prejudice. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.